JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JULIETA AREVALO TURNIGAN,<br><br>　　　　Plaintiff,<br>　vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No.: 8:25-cv-01203-JDE<br><br>JUDMGNET OF REMAND |

　　The Court having approved the parties' Stipulation to Remand (Dkt. 12, "Stipulation to Remand") and entered an Order of Remand,

　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: August 7, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　United States Magistrate Judge