UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JULIETA AREVALO TURNIGAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. 8:25-cv-01203-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, PURSUANT TO 28 U.S.C. § 2412(d) |

　　　Based upon the parties' Stipulation (Dkt. 15), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $2,100.00 under 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: August 18, 2025

　　　　　　　　　　　　　　　　　　　　　/s/ John D. Early
　　　　　　　　　　　　　　　　　　　　　JOHN D. EARLY
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge